DAVID T. WEI (SBN 230729)
MARCEL F. DE ARMAS (SBN 289282)
JAYSON S. SOHI (SBN 293176)
AXCEL LAW PARTNERS LLP
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone:   415-704-8800
Facsimile:   415-704-8804
Email:       dwei@ax-law.com

Attorneys for PLAINTIFF DAVID R. SISKIN

DONALD R. WILD (SBN 046156)
ENOCH WANG (SBN 218904)
WILD, CAREY & FIFE
100 Montgomery Street, Suite 1410
San Francisco, CA 94104
Telephone:   415-837-3101
Facsimile:   415-837-3111
Email:       enochwang@wcandf.com

Attorneys for DEFENDANT SURELL ACCESSORIES, INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID R. SISKIN,<br><br>                Plaintiff,<br>   v.<br><br>SURELL ACCESSORIES, INC.<br><br>                Defendant. | Case No.: CASE NO. 4:15-CV-00139-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE ALL DEADLINES PENDING SETTLEMENT AGREEMENT** |

  Pursuant to Civil L.R. 6-2, Plaintiff David R. Siskin ("Plaintiff") and Defendant Surell Accessories, Inc. ("Defendant") hereby jointly request that the Court extend all pending deadlines by 45 days to allow the parties to complete a formal settlement agreement. The parties reached settlement terms on April 29, 2015.

  Pursuant to Civil L.R. 6-2(a)(1), the parties state the following:

  1. The parties have been discussing settlement.

2. The parties reached agreement on settlement terms and have begun drafting a formal settlement agreement, and they anticipate filing a notice of voluntary dismissal on or before May 29, 2015.

3. Accordingly, the parties jointly and respectfully request that the Court extend the pending deadlines as follows to provide sufficient time to finalize a settlement agreement and meet the terms thereof:

| Event | Presently Scheduled Date | Proposed Date |
|---|---|---|
| Last day for Plaintiff to file Answer or otherwise respond to Counterclaims | Apr. 30, 2015 | June 15, 2015 |
| Last day for Plaintiff to serve Disclosure of Asserted Claims and Infringement Contentions and Accompanying Document Production | May 1, 2015 | June 15, 2015 |
| Last day for Defendant to serve Invalidity Contentions and Accompanying Document Production | June 15, 2015 | July 30, 2015 |
| Last day for Parties to exchange proposed claim terms for construction | June 29, 2015 | Aug. 13, 2015 |
| ADR: Court mediation to be completed | July 16, 2015 | Aug. 31, 2015 |
| Parties to exchange preliminary claim construction and extrinsic evidence | July 20, 2015 | Sept. 3, 2015 |
| Deadline for either party to request leave to designate more than ten terms for claim construction | July 31, 2015 | Sept. 14, 2015 |
| Last day for Parties to file and serve joint claim construction and prehearing statement | Aug. 14, 2015 | Sept. 28, 2015 |
| Claim Construction discovery cutoff | Sept. 14, 2015 | Oct. 29, 2015 |
| Last day for Plaintiff to file opening claim construction brief | Oct. 13, 2015 | Nov. 27, 2015 |
| Last day for Defendant to file responsive claim construction brief | Oct. 27, 2015 | Dec. 11, 2015 |
| Last day for Plaintiff to file reply claim construction brief; last day for parties to file an amended, final joint claim construction statement | Nov. 3, 2015 | Dec. 18, 2015 |

4. Pursuant to Civil L.R. 6-2(a)(2), the parties previous requested three extensions of time for Defendant to respond to and answer the Complaint. (Dkt. Nos. 12, 13, 18).

5. Pursuant to Civil L.R. 6-2(a)(3), the requested time modification would delay the current case management schedule by 45 calendar days.

The tutorial set for December 3, 2015 and claim construction hearing set for December 10, 2015 are VACATED and shall be reset by further order, if necessary.

Dated: April 29, 2015  AXCEL LAW PARTNERS LLP

By: /s/ Marcel F. De Armas
    Marcel F. De Armas

Attorney for Plaintiff DAVID R. SISKIN

Dated: April 29, 2015  WILD, CAREY & FIFE

By: /s/ Enoch Wang
    Enoch Wang

Attorney for Defendant
Surell Accessories, Inc.

**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: April 30, 2015

_____
U.S. District Judge Jeffrey S. White

---

3
STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE ALL
DEADLINES PENDING COMPLETION OF SETTLEMENT AGREEMENT